# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ADAM STERLE | : | |
| | : | CASE NO. 1:22-cv-01654-RLY-MJD |
| Plaintiff, | : | |
| | : | |
| v. | : | JUDGE RICHARD L. YOUNG |
| | : | |
| ROCHE DIAGNOSTICS CORPORATION | : | |
| | : | |
| Defendant. | : | |

## **DEFENDANT'S UNOPPOSED MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Come Now, Defendant, Roche Diagnostics Corporation ("Defendant") by and through its counsel, David A. Campbell and John D. Meyer of Lewis Brisbois Bisgaard & Smith, LLP, pursuant to S.D. of Indiana Local Rule 5-11(d) and (e) and respectfully files this motion to maintain under seal certain attorney notes prepared in the course of this matter, which are being filed under seal as Exhibit 2 to the Declaration of Ryan Ricchio. In support thereof, Defendant is filing its Brief in support, which it incorporates by reference.

WHEREFORE, Defendant respectfully requests that Exhibit 2 of the Declaration of Ryan Ricchio consisting of two pages of attorney notes is attorney work product and that good cause exists to maintain said documents under seal throughout the course of this litigation.

Respectfully submitted,

*/s/ David A. Campbell*
David A. Campbell (0066494)
Lewis, Brisbois, Bisgaard & Smith, LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
(216) 298-1261 / (216) 344-9421 (Fax)
David.A.Campbell@lewisbrisbois.com

/s/ John D. Meyer
John D. Meyer (18790-29)
Lewis, Brisbois, Bisgaard & Smith, LLP
50 E. 91st St., Suite 104
Indianapolis, IN  46240
(317) 324-4756/(317)-542-5207 (Fax)
John.meyer@lewisbrisbois.com

*Attorneys for Defendant Roche Diagnostic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2023, the foregoing was served upon the following counsel of record by the Court's ECF system:

Andrew Dutkanych, III
Taylor Ferguson
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
ad@bdlegal.com
tferguson@bdlegal.com
*Attorney for Plaintiff*

*/s/ John D. Meyer*
John D. Meyer